# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

UNITED STATES OF AMERICA

v.

MICHAEL MESSINA

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER:  06-7032M

**THE DEFENDANT:**
  Pleaded guilty to count one of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offenses:
offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 551 | Leaving Campfire Before Extinguished | 4/2/2006 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | | $100.00 |

5/10/2006

_____
Date of Imposition of Judgment

s/Daniel B. Sparr

_____
Signature of Judicial Officer

Daniel B. Sparr
Sr. U.S. District Judge

_____
Name & Title of Judicial Officer

5/10/2006

_____
Date